IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01448-RPM-MJW

YVONNE MADRID,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC, a New Jersey corporation,

    Defendant.

___

ORDER DISMISSING CASE WITH PREJUDICE
___

Pursuant to the parties' Stipulation of Dismissal with Prejudice, filed September 22, 2008 [7] and Fed.R.Civ.P 41(a)(1)(ii), it is

ORDERED that this civil action is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: September 22nd , 2008

                                                    BY THE COURT:

                                                  s/ Richard P. Matsch

                                                  _____

                                                  Richard P. Matsch, Senior District Judge